UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------

A. FERLITO FARMS, INC.,   )
                       )
        Plaintiff,   )       5:15-cv-158 (FJS/TWD)
                       )
   -vs-           )
                       )      **NOTICE OF VOLUNTARY**
                       )      **DISMISSAL PURSUANT TO**
NEW FARM, INC., and   )      **F.R.C.P. 41(a)(1)(A)(i)**
JONG HWA KIM,      )
                       )
        Defendants.   )

---------------------------------------------

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Ferlito Farms,

Inc., and or their counsel, hereby give notice that the above-captioned action is voluntarily

dismissed, without prejudice against Defendants, New Farm, Inc. and Jong Hwa Kim.

Dated:  September 9, 2015        MACKENZIE HUGHES LLP
                               *Attorneys for Plaintiff*

                             By: _____
                                Mark R. Schlegel, Esq.
                            Bar Roll No.: 513172
                            101 South Salina Street, Suite 600
                            P.O. Box 4967
                            Syracuse, New York 13221-4967
                            Telephone:   315-233-8237
                            Facsimile:   315-426-8358

                            IT IS SO ORDERED:

                            _____
                            Frederick J. Scullin, Jr.
                            Senior U.S. District Judge

                            Dated: <u>September 16, 2015</u>
                                  Syracuse, NY